UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| UNITED STATES OF AMERICA<br>v.<br><br>GREGORY A. KOSTELAC | JUDGMENT IN A CRIMINAL CASE<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:08mj260/EMT<br><br>Glenn M. Swiatek, Esq.<br>Defendant's Attorney |
|---|---|

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 877.03 and 18 U.S.C. §§ 7 & 13 | Breach of Peace or Disorderly Conduct | 6/16/08 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. (The fine/SMA has been paid.)

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 250.00 | $ 0.00 |

Date of Imposition of Sentence - 8/20/08

*Elizabeth M. Timothy*
Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 8-20-08